McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS SBN 189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| DONNA SERRANO,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:07-CV-2445-EFB<br><br>STIPULATION FOR EXTENSION OF TIME |

      IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up to and through July 30, 2008, in which to e-file his opposition to plaintiff's summary judgment motion. This extension is requested because the Administration needs more time to evaluate the defensibility of this case. Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this unopposed request for extension.

1 | Dated: June 27, 2008 | /s/ Valerie Louise Feldman
  |                      | (As authorized via e-mail on 6/25/08)
  |                      | VALERIE LOUISE FELDMAN
  |                      | Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

Dated: June 27, 2008     By:  /s/ Theophous H. Reagans
                              THEOPHOUS H. REAGANS
                              Special Assistant United States Attorney

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:  July 7, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE