```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS SBN 189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: theophous.reagans@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| DONNA SERRANO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 2:07-CV-2445-EFB <br><br> STIPULATION FOR EXTENSION OF TIME AND ORDER THEREON |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up to and through April 11, 2009 in which argue this case before the Court. Counsel for Plaintiff agrees to stipulate to an extension of no more than 30 days. This extension is requested because the Commissioner is currently defending a class action suit involving SSA's policies regarding implementation of the Fugitive Felon rules. A settlement conference is scheduled for March 6, 2009 and a hearing is scheduled for March 12, 2009 in the class action case that may render Plaintiff's action moot. Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this unopposed request for extension.

| | | | |
|---|---|---|---|
| Dated: February 25, 2009 | | By: | */s/ Valerie Louise Feldman*<br>*(As authorized via telephone on 02/25/09)*<br>VALERIE LOUISE FELDMAN<br>Attorney for Plaintiff |
| | | | McGREGOR W. SCOTT<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| Dated: February 25, 2009 | | By: | */s/ Theophous H. Reagans*<br>THEOPHOUS H. REAGANS<br>Special Assistant United States Attorney |

Good cause appearing, it is so ordered. Further, the hearing presently scheduled for March 11, 2009, is CONTINUED to April 15, 2009, at 10:00 a.m. in Courtroom No. 25.

Dated: February 26, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE