1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS SBN 189450
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8943
      Facsimile: (415) 744-0134
7     E-Mail: theophous.reagans@ssa.gov

8  Attorneys for Defendant

9  UNITED STATES DISTRICT COURT

10 EASTERN DISTRICT OF CALIFORNIA

11 **SACRAMENTO DIVISION**

| | |
|---|---|
| DONNA SERRANO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:07-CV-2445-EFB<br><br>STIPULATION FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have an extension of time up to May 6, 2009, in which argue this case before the Court. Counsel for Plaintiff agrees to stipulate to an extension to the first week in May 2009. This extension is requested because the parties are currently considering settlement. Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this unopposed request for extension.

| | | |
|---|---|---|
| Dated: April 13, 2009 | By: | */s/ Valerie Louise Feldman*<br>*(As authorized via telephone on 04/10/09)*<br>VALERIE LOUISE FELDMAN<br>Attorney for Plaintiff |
| | | LAWRENCE G. BROWN<br>Acting United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| Dated: April 13, 2009 | By: | */s/ Theophous H. Reagans*<br>THEOPHOUS H. REAGANS<br>Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 13, 2009

EDMUND F. BRENNAN
United States Magistrate Judge