IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNA SERRANO,

    Plaintiff,                                            No. CIV S-07-2445 EFB

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.                                            <u>ORDER</u>

_____/

On September 29, 2009, the U.S. District Court for the Northern District of California entered judgment approving a class action settlement in *Martinez et al. v. Astrue*, Case No. Civ. 08-4735 CW. Defendant herein previously represented that *Martinez* would resolve the issues pending in the instant case. Accordingly, in light of the judgment in *Martinez,* the motions pending in the instant case are hereby denied as moot. *See* Dckt. Nos. 17 and 20. Plaintiff is directed to file, within twenty days of the filing date of this order, either a stipulation and order dismissing the instant case, or a report explaining why *Martinez* does not resolve the issues in this case.

SO ORDERED.

DATED: September 29, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE