IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNA SERRANO,

      Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

No. CIV S-07-2445 EFB

ORDER

_____/

      Pursuant to the parties' representations that judgment by the U.S. District Court, Northern District of California, approving a class action settlement in *Martinez et al. v. Astrue*, Case No. Civ. 08-4735 CW, would include relief for plaintiff herein, this court directed plaintiff to file a stipulation agreeing to dismiss this case, or a report explaining why *Martinez* does not resolve the issues presented herein. *See* Dckt. No. 39, Order filed Sept. 29, 2009.

      On October 14, 2009, plaintiff responded that, while the *Martinez* settlement appears to include the relief plaintiff seeks in the instant case, such relief may not be made available until late 2010. *See* Dckt. No. 40, at pp. 1-2; and Exhibit A thereto (McIntyre Decl, p. 2, ¶ 7(b)). Plaintiff requests that this court delay dismissing her action until she actually receives benefits pursuant to the *Martinez* settlement. The court is persuaded that a stay of this action will

1  preserve plaintiff's rights.

2   Accordingly, good cause having been shown, the above-captioned case is STAYED (and
3  the Clerk of Court is directed to administratively close this case) pending implementation of
4  plaintiff's remedy in *Martinez*.  Within thirty (30) days thereafter, plaintiff's counsel shall so
5  notify this court and request dismissal of the instant case.

6   SO ORDERED.

7  DATED:  October 29, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE