IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNA M. SERRANO,

    Plaintiff,                      No. CIV S-07-2445 EFB

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.          ORDER
_____/

    On October 29, 2009, the court stayed this case pending plaintiff's receipt of benefits from the class action settlement of *Martinez, et al. v. Astrue*, Case No. Civ. 08-4735 CW, in the U.S. District Court, Northern District of California. The court ordered plaintiff to request dismissal of this case within 30 days of the implementation of her remedy in *Martinez*. On October 20, 2011, plaintiff filed a request for dismissal, stating that she has received retroactive payments under *Martinez*.

    Accordingly, it is hereby ORDERED that the above-captioned case is dismissed.

DATED: November 28, 2011.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE